# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

PAUL AIOLA,
    Plaintiff,
v.

NELSON, WATSON & ASSOCIATES, LLC,
    Defendant.

Case No.: 7:11-cv-5235-CS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 12 2011 ★

LONG ISLAND OFFICE

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/S/ Craig Thor Kimmel
Craig Thor Kimmel
Attorney ID # 2790038
Attorney for Plaintiff
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: 877-788-2864
Email: kimmel@creditlaw.com

So Ordered:
Case Closed.

/S/ Sandra J. Feuerstein
12/12/2011